IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARCHER WESTERN ) | |
| CONTRACTORS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 07-00013-CG-B |
| ) | |
| LOUPIN CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

Upon the application of the Plaintiff Archer Western Contractors, Ltd., the court hereby enters judgment by default in favor of Plaintiff Archer Western Contractors, Ltd.. and against Defendant Loupin Construction, Inc., for the sum of $831,052.98, as set forth in the Order entered this date explaining damages.

Interest shall accrue on the judgment at the statutory rate pursuant to Title 28, United States Code, § 196.  Costs are taxed against the Defendant.

**DONE** and **ORDERED** this 31st day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE